UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RALPH FREEMAN,

        Plaintiff,

    -against-

LAW OFFICES OF MITCHELL N. KAY, P.C.,

        Defendant.

**VERIFIED COMPLAINT and DEMAND FOR JURY TRIAL**

---

NOW COMES Plaintiff, Ralph Freeman ("Plaintiff"), by and through his attorneys, Krohn & Moss, Ltd., for his Verified Complaint against Defendant, Law Offices of Mitchell N. Kay, P.C., ("Defendant"), alleges as follows:

Nature of the Action

1. This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

Parties

2. Plaintiff is a natural person residing in Troy, Alabama.

3. Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

4. Defendant is a collection law firm with a business office in the City of New York, New York County, New York.

5. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Because Defendant conducts business in the state of New York, personal jurisdiction is established.

9. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

## Factual Allegations

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Capital One Bank (USA), N.A., with an account number ending in 5066 (Defendant's Reference Number: 83707694-10).

11. Plaintiff's debt owed to Capital One Bank (USA), N.A., arises from transactions for personal, family, and household purposes.

12. Within the last year, Defendant placed collection calls to Plaintiff's place of employment.

13. Plaintiff told Defendant to stop calling him at work because Plaintiff's employer prohibits Plaintiff from receiving such calls at work.

14. Despite Plaintiff's request, Defendant continued to place collection calls to Plaintiff at Plaintiff's place of employment.

## CLAIM FOR RELIEF

15. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated §1692c(a)(3) of the FDCPA by communicating with Plaintiff at his place of employment even through Defendant knew Plaintiff's employer prohibits Plaintiff from receiving such communications.

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff;

   a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

16. Plaintiff is entitled to his attorney's fees and costs incurred in this action.

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

   (1) Statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k;

   (2) Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

   (3) Awarding such other and further relief as may be just, proper and equitable.

Dated: ~~December 20, 2010~~ KROHN & MOSS, LTD.
Jan 3, 2011

By: _____
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-289-0898
ahill@consumerlawcenter.com
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Ralph Freeman, hereby demands a jury trial in this matter.

## VERIFICATION

STATE OF ALABAMA

Plaintiff, RALPH FREEMAN, states as follows:

1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it;
6. Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, RALPH FREEMAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12/28/2010

_____
RALPH FREEMAN